1   WILLIAM M. KUNTZ  # 153052
    Attorney at Law
2   4780 Arlington Avenue
    Riverside, CA 92504
3   (951) 343-3400
    Fax (951) 343-4004
4   E-Mail: KuntzSSlaw_@sbcglobal.net
    Attorney for Plaintiff

5

6

7

8              UNITED STATES DISTRICT COURT
      FOR THE CENTRAL DISTRICT OF CALIFORNIA
9                  EASTERN DIVISION

10

11 DIANE L. McNEILL,        )    CASE NO.: **EDCV12-304-PLA**
                    )
12        Plaintiff,     )   ~~[PROPOSED]~~ ORDER AWARDING
                    )   EAJA FEES
13        v.          )
                    )
14 CAROLYN W. COLVIN[1],     )
    Commissioner of Social Security   )
15   Administration,        )
                    )
16        Defendant.    )
    _____)

17      Based upon the parties' Stipulation for Award and Payment of Equal Access

18 to Justice Act (EAJA) Fees ("Stipulation"),

19      **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

20 Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

21 EIGHT HUNDRED DOLLARS and no/cents ($2,800.00), as authorized by  28

22 U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

23     DATED: 4|15|13

24                  UNITED STATES MAGISTRATE JUDGE

25

26      [1]Carolyn W. Colvin became the Acting commissioner of Social Security on February 14,
2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
27 be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken
to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
28 U.S.C. § 405(g).