1  WILLIAM M. KUNTZ  # 153052
   Attorney at Law
2  4780 Arlington Avenue
   Riverside, CA 92504
3  (951) 343-3400
   Fax (951) 343-4004
4  E-Mail: KuntzSSlaw_@sbcglobal.net
   Attorney for Plaintiff

FILED
CLERK, U.S. DISTRICT COURT

APR 1 5 2013

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

8          UNITED STATES DISTRICT COURT
9    FOR THE CENTRAL DISTRICT OF CALIFORNIA
              EASTERN DIVISION

11  DIANE L. McNEILL,                    )   CASE NO.: **EDCV12-304-PLA**
                                         )
12              Plaintiff,               )   ~~[PROPOSED]~~ ORDER AWARDING
                                         )   EAJA FEES
13         v.                            )
                                         )
14  CAROLYN W. COLVIN[1],                )
    Commissioner of Social Security      )
15  Administration,                      )
                                         )
16              Defendant.               )
    _____ )

17       Based upon the parties' Stipulation for Award and Payment of Equal Access

18  to Justice Act (EAJA) Fees ("Stipulation"),

19       **IT IS ORDERED** that Plaintiff shall be awarded attorney fees under the

20  Equal Access to Justice Act, ("EAJA") in the amount of TWO THOUSAND

21  EIGHT HUNDRED DOLLARS and no/cents ($2,800.00), as authorized by 28

22  U.S.C. § 2412 (d), and subject to the terms and conditions of the Stipulation.

23       DATED: 4|15|13          _____
                                 UNITED STATES MAGISTRATE JUDGE
24

25

26       [1]Carolyn W. Colvin became the Acting commissioner of Social Security on February 14,
    2013. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Carolyn W. Colvin should
27  be substituted for Michael J. Astrue as the defendant in this suit. No further action need be taken
    to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42
28  U.S.C. § 405(g).

1